## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ASCION, LLC, D/B/A REVERIE,<br><br>     Plaintiff,<br><br>v.<br><br>TEMPUR SEALY INTERNATIONAL,<br>INC. (F/K/A TEMPUR-PEDIC<br>INTERNATIONAL INC.) AND<br>TEMPUR-PEDIC MANAGEMENT,<br>LLC,<br><br>     Defendants. | Civil No. 2:15-cv-12067-DPH-EAS<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Elizabeth A.<br>Stafford<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Parties' Joint Stipulation Amending Scheduling Order, dated January 19, 2017, Plaintiff Ascion, LLC *d/b/a* Reverie, and Defendants Tempur Sealy International, Inc. and Tempur-Pedic Management, LLC (collectively, "Tempur"), provide this Joint Claim Construction Statement concerning the following asserted patents and claims:

| No. | Asserted Patent Number | Asserted Claim(s) |
|---|---|---|
| 1 | U.S. Patent No. 8,682,457 ("the '457 Patent") | 20, 21, 23, 24, 25 |
| 2 | U.S. Patent No. 8,909,357 ("the '357 Patent") | 1, 11, 14, 17, 18 |
| 3 | U.S. Patent No. 8,046,116 ("the '116 Patent") | 1, 21, 33, 40, 41 |
| 4 | U.S. Patent No. 8,565,934 ("the '934 Patent") | 1, 2, 4, 6, 7 |
| 5 | U.S. Patent No. 9,044,366 ("the '366 Patent") | 1, 10, 13, 14, 25 |
| 6 | U.S. Patent No. 8,869,328 ("the '328 Patent) | 1, 11, 12, 13, 18 |
| 7 | U.S. Design Patent No. D720,553 ("the D553 Patent") | 1 |

Attached as Exhibit A is a table that provides, for each patent, the claim terms in dispute, the claim numbers associated with the claim terms, and a side-by-side comparison of the parties' proposed constructions of each disputed term, including the evidence that each party is presenting in support of its position and/or in opposition to the other party's position.

Additionally, the parties continue to exchange proposed and amended constructions for the terms identified in Exhibit A. The parties anticipate that through additional meet-and-confers, there may be terms amenable to agreed constructions or that it may be possible to narrow disputes or eliminate terms altogether. In the event the parties amend their positions in Exhibit A, they will file a revised Joint Claim Construction Statement prior to the claim construction hearing.

Dated:  May 5, 2017

ASCION, LLC d/b/a REVERIE
By its attorneys,

*/s/ Erik P. Belt*
David Honigman (P33146)
dhonigman@manteselaw.com
Krista Hosmer (P68939)
khosmer@manteselaw.com
MANTESE HONIGMAN, P.C.
1361 E. Big Beaver Road
Troy, MI  48083
248.457.9200 (telephone)
248.457.9201 (fax)

Erik Paul Belt (Mass. BBO #558620)
ebelt@mccarter.com
Brian J. Larivee (Mass. BBO #673978)
blarivee@mccarter.com
**MCCARTER & ENGLISH, LLP**
265 Franklin Street
Boston, MA  02110-3113
617.449.6500 (telephone)
617.607.9347 (fax)

TEMPUR SEALY INTERNATIONAL,
INC. and TEMPUR-PEDIC
MANAGEMENT, LLC
By its attorney,

*/s/ Steven G. Schortgen*
Steven G. Schortgen
Texas State Bar No. 00794603
steve.schortgen@klgates.com
Jennifer K. Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
Ravi S. Deol
Texas State Bar No. 24090073
ravi.deol@klgates.com
**K&L GATES LLP**
1717 Main St., Suite 2800
Dallas, TX  75201
Tel.: (214) 939-5500
Fax: (214) 939-5849

Benjamin E. Weed
benjamin.weed@klgates.com
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-800

Michael P. Cooney
mcooney@dykema.com
Andrew J. Kolozsvary
akolozsvary@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Tel: (313) 568-6800
Fax: (313) 568-6701

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

*/s/  Thomas R. Fulford*
Thomas R. Fulford

<u>EXHIBIT A</u>

**The Parties' Proposed Constructions and Evidence Regarding Disputed Claim Terms[1]**

# Terms Proposed by Reverie

| <u>Claim Term</u> | <u>Plaintiff's Proposed Construction</u> | <u>Plaintiff's Evidence</u> | <u>Defendants' Proposed Construction</u> | <u>Defendants' Evidence</u> |
|---|---|---|---|---|
| **"capable of two-way wireless communication with"**<br><br>(Claim 20 of the '457 Patent)<br>**...**<br><br>**"the two-way wireless communication system**<br><br>(Claim 1 of the '328 Patent) | "a system in which each node is able to, but need not, directly or indirectly transmit and receive a wireless signal. The wireless signal may include, but is not limited to, infrared (IR), wireless USB (WUSB), ultrawideband (UWB), radio frequency (RF), cellular, Wi-Fi (IEEE 802.11), and Bluetooth signals or communication protocols" | '457 patent:  Claims 1, 4, 6, 7, 9-14, 16-18, 20-22, 24-26; FIGS. 1-3 and related text; Abstract; 1:65-2:8; 3:60-67; 4:25-49; 4:61-5:3; 5:33-6:2; 6:24-44; 6:64-7:14; 7:29-47; 7:54-8:42; 15:14-31; 17:4-46; 17:53-18:53; 19:41-65; 20:27-21:7; 22:11-35; 26:47-27:44; 35:59-36:6; 36:23-43; 37:10-49; 38:56-40:51; 41:25-58. | "wirelessly communicate back and forth with"<br><br><br><br>**[as part of "two-way wireless communication system adapted to communicate"** in Claims 1, 13 of the '328 patent**]:**<br><br>"system for wirelessly communicating back and forth" | '457 patent:  17:36-39, 18:18-21, 18:40-53, 22:11-23, 22:24-27, 39:54-40:2.<br><br><br><br>'328 patent: 17:28-31, 18:9-12, 20:53-65, 22:1-14, 22:15-18, 39:42-57. |
| **"code key"** | "any indicator that allows a | '457 patent:  17:34- | **[ as part of "code key** | '457 patent:  17:34- |

---

[1]       For each claim term herein, Plaintiff incorporate by reference as opposition evidence and/or as supportive evidence all of the evidence identified by Defendants herein with respect to the corresponding claim term, and Defendants incorporate by reference as opposition evidence and/or as supportive evidence all of the evidence identified by Plaintiff herein with respect to the corresponding claim term.

ME1 24773220v.1

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| (Claim 20 of the '457 Patent) | remote control to pair with an adjustable bed controller" | 46; 22:28-35.<br><br>'457 Prosecution History, July 2, 2012 Amendment and Reply, at 7-8. | **indicating that commands can be received and executed therebetween"]:**<br><br>"unique identifier included at the beginning of, the end of, or as part of the transmission of a control command" | 46, 18:18-39, 18:50-53, 22:24-35, 40:47-51. |
| **"the adjustable bed controller further adapted to initiate a communication from the adjustable bed controller to the handheld remote control to indicate that the adjustable bed controller has responded to the position recall command"**<br><br>(Claims 1, 13 of the '328 Patent) | "the adjustable bed controller is able to, but need not, indicate to the remote control that it has responded to the position recall command" | '328 patent:  Claims 1, 7, 13, and 17; FIGS. 1-3 and related text; Abstract; 1:62-2:5; 3:57-64; 4:21-44; 4:56-65; 5:28-64; 6:19-39; 6:59-7:9; 7:23-41; 7:48-8:37; 15:6-23; 16:63-17:10; 17:19-38; 17:55-18:8; 18:9-29; 18:30-43; 19:32-56; 20:18-58; 20:60-65; 21:12-24: 22:1-26; 26:38-27:34; 36:11-31; 35:47-61; 36:65-37:37; 38:44-39:41; 39:42-57; 39:58-40:39; 41:28-46.<br><br>https://www.wi- | "the adjustable bed controller further adapted to initiate a communication from the adjustable bed controller to the handheld remote control to indicate that the adjustable bed controller has successfully completed the position recall command" | '328 patent:  17:14-18, 17:20-26, 22:2-5, 36:11-31, 39:42-57. |

ME1 24773220v.1

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | fi.org/<br><br>http://standards.ieee.org/about/get/802/802.11.html | | |
| **"wood"**<br><br>(Claims 1, 10, 13, 14, 25, of the '366 patent) | "wood products, including wood cut from a log and engineered or composite wood" | '366 Patent:  Claims 1, 13, 14, 25; FIGS. 22-32 and related text; 10:54-58, 11:33-39, 12:40-43, 45:3-6, 48:9-67, 49:8-13, 50:63-51:10, 56:14-16, 57:1-17, 57:45-57<br><br>Wood Handbook, General Technical Report FPL-GTR-190, U.S. Dept. of Agriculture, including, but not limited to chapters 10-11 | "solid wood, oriented strand board, or plywood" | '366 patent:  33:8-12, 48:35-39, 48:58-53, 49:8-13, 51:10. |

3

## Terms Proposed by Tempur

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| **"second system"**<br><br>(Claims 1, 21, 33, 40 of the '116 Patent) | Plain and ordinary meaning. | '116 Patent: Fig. 1 and related text; Claims 2-11, Claim 13; Claims 17-40, Claims 42-45; 1:32-36, 1:54-59; 9:13-23; 9:53-59; 19:57-67, 21:25-43; 27:58-62, 31:65-32-1; 36:32-45, 37:25-37, 37:46-57, 38:21-43. | "system peripheral to the adjustable bed" | '116 patent: Figs. 1-2, claims 2-8, 1:32-36, 1:55-56, 9:13-23, 9:56-59, 15:36-41, 16:41-42, 19:57-67, 21:25-28, 21:33-34, 27:58-62, 31:65-32-1, 32:13-14, 36:32-45, 37:25-30, 37:46-50, 38:21-43. |
| **"the row representing a position of an adjustable bed"**<br><br>(Claims 1, 21, 33, 40 of the '116 Patent) | Plain and ordinary meaning. | '116 Patent: Fig. 2 and related text; 8:51-53; 9:63-10:6; 11:44-57; 17:64-18:8; 18:61-19:5; 20:34-49; 22:1-14; 22:27-26:16; 29:20-32; 39:10-24 | "the row representing a preset position of the adjustable bed" | '116 patent: Fig. 2, 22:47-26:16. |
| **"increment value"**<br><br>(Claims 1, 21, 33, 40 of the '116 Patent) | Plain and ordinary meaning. | '116 Patent: 22:47-24:56; 25:35-63<br><br>'328 Patent: Claims 1, 3, 13, 15; 22:47-67, 23:28-33 | "increment angle of rotation, not measured by clock or counter increments, and directly realizable by the actuator" | '116 patent: 22:51-67, 25:35-63.<br><br>April 30, 2012 Applicant Args/Remarks Made in Amendment for |

4

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | '934 Patent: Abstract; 22:56-24:65; 25:44-26:6<br><br>May 24, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>November 22, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 57<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>June 6, 2014 Applicant Args/Remarks Made in Amendment for the '328 Patent at 8-9. | | the '934 Patent at 9.<br><br>November 22, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 6.<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5-6. |
| **Preamble of Claim 21 of the '116 Patent** | No objection to Defendants' proposed construction. | | Limiting on claim 21 | |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| **"unique communication link"**<br><br>(Claim 1 of the '934 Patent) | Plain and ordinary meaning. | '934 Patent:  Claim 1, 18:18-39; 40:19-51 | "unique identifier included at the beginning of, the end of, or as part of the transmission of a control command" | '934 patent:  17:34-46, 18:18-39, 22:24-35, 40:19-51. |
| **"the row representing the user-selected bed position"**<br><br>(Claim 1 of the '934 Patent) | Plain and ordinary meaning. | '934 Patent:  Abstract; Fig. 2 and related text; 8:56-58; 10:3-16; 11:51-64; 18:5-17; 19:4-15; 20:44-58; 22:11-24; 22:35-26:25; 29: 30-42; 39:22-36 | "the row representing the user-selected preset bed position" | '934 patent:  Fig. 2, 22:56-26:25.<br><br>April 30, 2012 Applicant Args/Remarks Made in Amendment for the '934 Patent at 8. |
| **"increment value"**<br><br>(Claims 1, 21, 33, 40 of the '116 Patent) | Plain and ordinary meaning. | '934 Patent:  Abstract; 22:56-24:65; 25:44-26:6<br><br>'116 Patent:  1, 21, 33, 40; 22:47-24:56; 25:35-63<br><br>'328 Patent:  Claims 1, 3, 13, 15; 22:47-67, 23:28-33<br><br>May 24, 2010 Applicant Args/Remarks Made in Amendment for | "increment angle of rotation, not measured by clock or counter increments, and directly realizable by the actuator" | '116 patent:  22:51-67, 25:35-63.<br><br>April 30, 2012 Applicant Args/Remarks Made in Amendment for the '934 Patent at 9.<br><br>November 22, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 6.<br><br>March 18, 2013 |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | the '328 Patent at 5.<br><br>November 22, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 57<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>June 6, 2014 Applicant Args/Remarks Made in Amendment for the '328 Patent at 8-9. | | Applicant Args/Remarks Made in Amendment for the '328 Patent at 5-6. |
| **"a controller of the component"**<br><br>(Claim 2 of the '934 Patent) | Not indefinite. Plain and ordinary meaning. | '934 Patent: Fig. 1 and related text; 1:64-2:7; 8:54-55; 10:17-36; 17:4-10; 21:8-10; 26:26-35; 29:20-29; 37:16-21; 37:37-42 | Indefinite | |
| **"the controller"** | Not indefinite. Plain and ordinary meaning. | '934 Patent: Claims 2, 4; Fig. 1 and | Indefinite | |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| (Claim 4 of the '934 Patent) | | related text; 1:64-2:7; 8:54-55; 10:17-36; 17:4-10; 21:8-10; 26:26-35; 29:20-29; 37:16-21; 37:37-42 | | |
| "control command" <br><br>(Claim 6 of the '934 Patent) | Not indefinite.  Plain and ordinary meaning. | '934 Patent:  Claim 1; Abstract; 18:39-42; 19:50-53; 20:10-13; 38:56-58 | Indefinite | |
| "mechanically controlled" <br><br>(Claim 7 of the '934 Patent) | Not indefinite.  Plain and ordinary meaning. | '934 Patent:  14:11-15; 15:50-55; 29:52-67; 31:20-45 | Indefinite | |
| "capable of two-way wireless communication with" <br><br>(Claim 20 of the '457 Patent) | "a system in which each node is able to, but need not, directly or indirectly transmit and receive a wireless signal. The wireless signal may include, but is not limited to, infrared (IR), wireless USB (WUSB), ultrawideband (UWB), radio frequency (RF), cellular, Wi-Fi (IEEE 802.11), and Bluetooth signals or communication protocols" | '457 patent:  Claims 1, 4, 6, 7, 9-14, 16-18, 20-22, 24-26; FIGS. 1-3 and related text; Abstract; 1:65-2:8; 3:60-67; 4:25-49; 4:61-5:3; 5:33-6:2; 6:24-44; 6:64-7:14; 7:29-47; 7:54-8:42; 15:14-31; 17:4-46; 17:53-18:53; 19:41-65; 20:27-21:7; 22:11-35; 26:47- | "wirelessly communicating back and forth with" | '457 patent: 17:36-39, 18:18-21, 18:40-53, 22:11-23, 22:24-27, 39:54-40:2. |

ME1 24773220v.1

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 27:44; 35:59-36:6; 36:23-43; 37:10-49; 38:56-40:51; 41:25-58. | | |
| **"code key indicating that commands can be received and executed therebetween"** (Claim 20 of the '457 Patent) | [only as to "code key"] "any indicator that allows a remote control to pair with an adjustable bed controller" | '457 patent:  17:34-46; 22:28-35. '457 Prosecution History, July 2, 2012 Amendment and Reply, at 7-8. | "unique identifier included at the beginning of, the end of, or as part of the transmission of a control command" | '457 patent: 17:34-46, 18:18-39, 18:50-53, 22:24-35, 40:47-51. |
| **"two-way wireless communication system"** (Claim 20 of the '457 Patent) | "a system in which each node is able to, but need not, directly or indirectly transmit and receive a wireless signal. The wireless signal may include, but is not limited to, infrared (IR), wireless USB (WUSB), ultrawideband (UWB), radio frequency (RF), cellular, Wi-Fi (IEEE 802.11), and Bluetooth signals or communication protocols" | '457 patent:  Claims 1, 4, 6, 7, 9-14, 16-18, 20-22, 24-26; FIGS. 1-3 and related text; Abstract; 1:65-2:8; 3:60-67; 4:25-49; 4:61-5:3; 5:33-6:2; 6:24-44; 6:64-7:14; 7:29-47; 7:54-8:42; 15:14-31; 17:4-46; 17:53-18:53; 19:41-65; 20:27-21:7; 22:11-35; 26:47-27:44; 35:59-36:6; 36:23-43; 37:10-49; 38:56-40:51; 41:25- | "system for wirelessly communicating back and forth between the controller and the handheld remote control" | '457 patent:  17:36-39, 18:18-21, 18:40-53, 22:11-23, 22:24-27, 39:54-40:2. |

ME1 24773220v.1

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 58.<br><br>'328 patent:  Claims 1, 7, 13, and 17; FIGS. 1-3 and related text; Abstract; 1:62-2:5; 3:57-64; 4:21-44; 4:56-65; 5:28-64; 6:19-39; 6:59-7:9; 7:23-41; 7:48-8:37; 15:6-23; 16:63-17:38; 17:45-18:43; 19:32-56; 20:18-65; 22:1-26; 26:38-27:34; 36:11-31; 35:47-61; 36:65-37:37; 38:44-40:39; 41:13-46.<br><br>https://www.wi-fi.org/<br><br>http://standards.ieee.org/about/get/802/802.11.html | | |
| **"providing feedback to a user on the handheld remote control to indicate the** | Plain and ordinary meaning. | '457 Patent:  Claims 1, 7,  9, 12, 18, 20, 26; FIG. 1; 15:14-31, 17:27-36, 18:40- | "providing feedback from the controller to the receiver to the user on a handheld remote control to confirm the | '457 patent:  Claim 7, 17:36-39, 21:10-24, 22:24-35, 39:54-40:2, 40:19-26. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| success of a command" <br><br> (Claim 20 of the '457 Patent) | | 53, 20:59-21:7, 39:54-40:2 | success of the control signal" | |
| "value representative of an acceptable value" <br><br> (Claim 23 of the '457 Patent) | Plain and ordinary meaning. | '457 Patent:  Claims 20, 23 <br><br> '934 Patent: Abstract; 22:56-24:65; 25:44-26:6 <br><br> '116 Patent:  1, 21, 33, 40; 22:47-24:56; 25:35-63 <br><br> '328 Patent:  Claims 1, 3, 13, 15; 22:47-67, 23:28-33 <br><br> May 24, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5. <br><br> November 22, 2010 Applicant Args/Remarks Made in Amendment for | "value representative of an acceptable angle of rotation, not measured by clock or counter increments, and directly realizable by the actuator" | '457 patent:  22:60-23:9, 25:44-26:5. <br><br> April 30, 2012 Applicant Args/Remarks Made in Amendment for the '934 Patent at 9. <br><br> November 22, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 6. <br><br> March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5-6. |

ME1 24773220v.1

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | the '328 Patent at 57<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>June 6, 2014 Applicant Args/Remarks Made in Amendment for the '328 Patent at 8-9. | | |
| **"two-way wireless communication system adapted to communicate"**<br><br>(Claims 1, 13 of the '328 Patent) | "a system in which each node is able to, but need not, directly or indirectly transmit and receive a wireless signal. The wireless signal may include, but is not limited to, infrared (IR), wireless USB (WUSB), ultrawideband (UWB), radio frequency (RF), cellular, Wi-Fi (IEEE 802.11), and Bluetooth signals or communication protocols" | '328 patent:  Claims 1, 7, 13, and 17; FIGS. 1-3 and related text; Abstract; 1:62-2:5; 3:57-64; 4:21-44; 4:56-65; 5:28-64; 6:19-39; 6:59-7:9; 7:23-41; 7:48-8:37; 15:6-23; 16:63-17:38; 17:45-18:43; 19:32-56; 20:18-65; 22:1-26; 26:38-27:34; 36:11-31; 35:47-61; 36:65-37:37; 38:44-40:39; | "system for wirelessly communicating back and forth" | '328 patent:  17:28-31, 18:9-12, 20:53-65, 22:1-14, 22:15-18, 39:42-57. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 41:13-46.<br><br>'457 patent:  Claims 1, 4, 6, 7, 9-14, 16-18, 20-22, 24-26; FIGS. 1-3 and related text; Abstract; 1:65-2:8; 3:60-67; 4:25-49; 4:61-5:3; 5:33-6:2; 6:24-44; 6:64-7:14; 7:29-47; 7:54-8:42; 15:14-31; 17:4-46; 17:53-18:53; 19:41-65; 20:27-21:7; 22:11-35; 26:47-27:44; 35:59-36:6; 36:23-43; 37:10-49; 38:56-40:51; 41:25-58.<br><br>https://www.wi-fi.org/<br><br>http://standards.ieee.org/about/get/802/802.11.html | | |
| **"an actuator position"** | Plain and ordinary meaning. | '328 Patent:  Claims 1, 3, 13, 15; 22:47-67, 23:28-33 | "an angle of rotation, not measured by clock or counter increments, and directly | '328 patent:  22:60-23:9, 25:44-26:5. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| (Claims 1, 13 of the '328 Patent) | | '934 Patent: Abstract; 22:56-24:65; 25:44-26:6<br><br>'116 Patent: 1, 21, 33, 40; 22:47-24:56; 25:35-63<br><br>May 24, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>November 22, 2010 Applicant Args/Remarks Made in Amendment for the '328 Patent at 57<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5.<br><br>June 6, 2014 Applicant Args/Remarks Made | realizable by the actuator" | April 30, 2012 Applicant Args/Remarks Made in Amendment for the '934 Patent at 9.<br><br>November 22, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 6.<br><br>March 18, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 5-6. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | in Amendment for the '328 Patent at 8-9. | | |
| **"the position recall command"**<br><br>(Claim 1 of the '328 Patent) | Not indefinite. Plain and ordinary meaning. | '328 Patent: Claims 1, 13; Abstract; 20:45-48, 39:14-24<br><br>November 22, 2013 Applicant Args/Remarks Made in Amendment for the '328 Patent at 7 | Indefinite | |
| **"the adjustable bed controller further adapted to initiate a communication from the adjustable bed controller to the handheld remote control to indicate that the adjustable bed controller has responded to the position recall command"**<br><br>(Claims 1, 13 of the '328 Patent) | "the adjustable bed controller is able to, but need not, indicate to the remote control that it has responded to the position recall command" | '328 patent: Claims 1, 7, 13, and 17; FIGS. 1-3 and related text; Abstract; 1:62-2:5; 3:57-64; 4:21-44; 4:56-65; 5:28-64; 6:19-39; 6:59-7:9; 7:23-41; 7:48-8:37; 15:6-23; 16:63-17:10; 17:19-38; 17:55-18:8; 18:9-29; 18:30-43; 19:32-56; 20:18-58; 20:60-65; 21:12-24: 22:1-26; 26:38-27:34; 36:11-31; 35:47-61; 36:65- | "the adjustable bed controller further adapted to initiate a communication from the adjustable bed controller to the handheld remote control to indicate that the adjustable bed controller has successfully completed the position recall command" | '328 patent:  17:14-18, 17:20-26, 22:2-5, 36:11-31, 39:42-57. |

15

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 37:37; 38:44-39:41; 39:42-57; 39:58-40:39; 41:28-46.<br><br>https://www.wi-fi.org/<br><br>http://standards.ieee.org/about/get/802/802.11.html | | |
| **"optionally one or more"**<br><br>(Claim 1 of the '357 Patent) | Not indefinite. Plain and ordinary meaning. | '357 Patent:  Claim 1; 16:25-33, 31:6-25 | Indefinite | |
| **"substantially flat"**<br><br>(Claims 1, 25 of the '366 Patent) | Not indefinite. Plain and ordinary meaning. | '366 Patent:  Claims 1, 25; FIGS. 10A, 18A-F, 23B, 32B-C and related text; 25:1-21, 25:45-55, 27:1-54, 31:42-58, 45:58-46:4, 47:18-25, 49:34-50 | Indefinite | |
| **"substantially raised"**<br><br>(Claims 1, 25 of the '366 Patent) | Not indefinite. Plain and ordinary meaning. | '366 Patent:  Claims 1, 25; FIGS. 10B, 11, 17A, 17E, 23A-B, 25, 26, 32A, 44, 45 and related text; 25:1-21, 25:45-55, | Indefinite | |

16

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | | 27:1-54, 31:42-58, 45:58-46:4, 48:19-48, 49:34-50 | | |
| **"wood"**<br><br>(Claims 1, 10, 13, 14, 25, of the '366 patent) | "wood products, including wood cut from a log and engineered or composite wood" | '366 Patent:  Claims 1, 13, 14, 25; FIGS. 22-32 and related text; 10:54-58, 11:33-39, 12:40-43, 45:3-6, 48:9-67, 49:8-13, 50:63-51:10, 56:14-16, 57:1-17, 57:45-57<br><br>Wood Handbook, General Technical Report FPL-GTR-190, U.S. Dept. of Agriculture, including, but not limited to chapters 10-11 | "solid wood, oriented strand board, or plywood" | '366 patent: 33:8-12, 48:35-39, 48:58-53, 49:8-13, 51:10. |
| **Claimed Design (D553 Patent)** | The ornamental design for an adjustable bed, as shown and described in Figures 1-2. [where each segment has substantially the same thickness, the upper and lower portions have nearly identical lengths, the (top) | February 22, 2013 Application at Fig. 3 (deleted) and related text<br><br>May 12, 2014 Applicants Arguments/Remarks | "The ornamental design for an adjustable bed, as shown and described in Figures 1-2, where the head segment of the top body support portion is thinner than the foot segment of the top body support portion, where the | May 12, 2014 Applicants Args/Remarks Made in an Amendment at 5.<br><br>May 12, 2014 Applicants |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendants' Proposed Construction | Defendants' Evidence |
|---|---|---|---|---|
| | body support portion has a thinner profile relative to (bottom) frame portion, and the (bottom) frame portion is a closed frame.] | Made in an Amendment at 4, 5, 6, 7.<br><br>August 22, 2014 Applicants Arguments/ Remarks Made in an Amendment at 3, 5, 9.<br><br>September 2, 2014 Notice of Allowability for A Design Application, at 2 | head segment of the top body support portion overhangs the head portion of the bottom frame portion, where the sides of the head, torso, leg, and foot segments of the top body support portion do not overhang the bottom frame portion, where the foot segment of the top body support portion does not overhang the foot portion of the bottom frame portion, and where the bottom frame portion is a closed frame." | Args/Remarks Made in an Amendment at 5-6.<br><br>May 12, 2014 Applicants Args/Remarks Made in an Amendment at 7.<br><br>May 12, 2014 Applicants Args/Remarks Made in an Amendment at 7-8.<br><br>August 22, 2014 Applicants Args/Remarks Made in an Amendment at 3.<br><br>August 22, 2014 Applicants Args/Remarks Made in an Amendment at 10-11. |

ME1 24773220v.1